UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRADLEY WAYNE MOORE,**
    **Plaintiff,**

vs.            Case No.: 3:25-cv-656-MCR-ZCB

**CITY OF FORT WALTON BEACH,**
    **Defendants.**
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on June 9, 2025. *See* ECF No. 5. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections. *See* ECF No. 6.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

1

2. Plaintiff's complaint (ECF No. 1) is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) based on the doctrine of *res judicata* and because he fails to state a claim upon which relief may be granted.

3. The Clerk of Court is directed to close the case file.

**DONE AND ORDERED** this 19th day of September 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**